Stuart D. Gavzy, Esquire
163 East Main Street
Little Falls, New Jersey 07424
973-256-6080
Fax: 973-256-3665
Attorney for Debtor, Johnny Perez
(SG0543)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

In the Matter of             : Case No.: 09-30154 KCF
                             : Chapter 7
Johnny Perez                 :
                             : **SUBSTITUTION OF ATTORNEY**
_____**:**
Debtor(s)

     The undersigned hereby consent to the substitution of Stuart D. Gavzy, Esq., 163 East Main Street, Little Falls, New Jersey, as attorney for the Debtor, Johnny Perez, in the above-referenced proceeding.

/s/ Stuart D. Gavzy, Esq.              /s/ Aurelia Mitchell Durant, Esq.
Stuart D. Gavzy                        Aurelia Mitchell Durant
Superceding Attorney                   Withdrawing Attorney